UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22792-CIV-King/Garber

NDS AMERICAS, INC., a Delaware
corporation; NDS LIMITED, a United
Kingdom company; and DIRECTV LATIN
AMERICA LLC, a Delaware Limited
Liability Company,

    Plaintiffs,

v.

BRIAN MATTHEW DORSETT; ELECTOGO
CORPORATION, f/k/a BRIAN DORSETT,
INC., an Indiana Corporation JONATHAN
SMITH; JAMES BUCHANAN; INNOVATIVE
TECHNOLOGY GROUP, INC., an Indiana
Corporation; ROBERT SAINZ; and JOHN
DOES 1 through 15,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the plaintiff's Motion for Supplemental Proceedings, referred by U.S. District Judge James Lawrence King. Upon due consideration of same and it appearing that no response in opposition has been filed, it is hereby

ORDERED that said Motion is GRANTED. The defendant/judgment debtor Roberto Sainz shall appear before a duly certified court reporter for the taking of his deposition pursuant to Fed.R.Civ.P. 69(a) and Fl. Stat. §56.29 on a date and time certain as set by counsel for the plaintiff. Said deposition shall be taken at the institution wherein the said Roberto Sainz is presently incarcerated. The officials at said institution shall, upon presentation of proper credentials and identification, permit plaintiff's counsel and the

certified court reporter, together with his/her recording instruments, to enter said institution for the purpose of taking the deposition of the said Roberto Sainz. It is further

ORDERED that plaintiff's counsel shall cause a copy of this Order to be served upon the said Roberto Sainz, together with a notice of taking deposition and subpoena for deposition.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of March, 2007.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE